On petition for review filed April 3,* 2000, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration May 4, 2001

In the Matter of the Compensation of
Pamela J. McKiney, Claimant.

Pamela J. McKINEY,
*Petitioner on Review,*

*v.*

CARDINAL SERVICES
and AIG Claim Services, Inc.,
*Respondents on Review.*

(WCB TP98008; CA A104861; SC S47435)

22 P3d 767

James C. Coffey, of Stebbins & Coffey, North Bend, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Kulongoski, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Rash v. McKinstry Co.*, 331 Or 665, 20 P3d 197 (2001).

---

* Judicial Review from Workers' Compensation Board, 166 Or App 170, 998 P2d 742 (2000).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; De Muniz, J., did not participate in the consideration or decision of this case.